Daniel, J.
 

 It is true, that, in this court, the plaintiffs, as legatees of Thomas Jones, had a right to pursue the property in the hands of the defendants, who are only volunteers under Sarah Loftin, if there had been any fraudulent combination between the executors of Jones and the said Sarah Loftin to deprive them of their legacies in the slaves, or any interest that they might have in the sale of them under the direction in their father’s will. But there is no evidence in the cause to shew, that the slaves were worth, at the time of the re-sale, more than the executors obtained for them, or that they would have brought more at public sale at twelve months’ credit. There is no pretence, that the executors derived to themselves the smallest benefit by the re
 
 *138
 
 gale of the slaves. Before the plaintiffs could ask of this court a decree in their favor, it behooved them to shew, that they had been injured by some fraudulent act or improper •dealing of the executors with Satah Loftin, respecting the slaves. Nothing of that kind appears in the evidence ; and .the bill must therefore be dismissed, with costs.
 

 Per Curiam, Bill dismissed.